P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0001 1146 44

**Mailed On:** 02/24/2026          **Order Number:**      0002543-01    CR
**ClientID:**    DGandL000909       **Reference Number:** 58119

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911





EXHIBIT

N

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                  978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                           HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:       246 Beech Ridge Road, York, ME 03909
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Citibank, N.A., as trustee for CMLTI Asset Trust and the Owner/Investor, Citibank, N.A., as trustee for CMLTI Asset Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Ocean National Bank its successors and assigns (if MERs) dated October 28, 1996, and recorded in the York County Registry of Deeds in Book 8056, Page 181. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| July 1, 2025 | $38.40 | $916.16 | $369.16 | $1,323.72 |
| August 1, 2025 | $38.67 | $915.89 | $369.16 | $1,323.72 |
| September 1, 2025 | $38.94 | $915.62 | $369.16 | $1,323.72 |
| October 1, 2025 | $39.21 | $915.35 | $369.16 | $1,323.72 |
| November 1, 2025 | $39.49 | $915.07 | $369.16 | $1,323.72 |
| December 1, 2025 | $39.76 | $914.80 | $369.16 | $1,323.72 |
| January 1, 2026 | $40.04 | $914.52 | $449.90 | $1,404.46 |
| February 1, 2026 | $40.32 | $914.24 | $449.90 | $1,404.46 |

| Property Inspections | Amount Due |
|---|---|
| August 12, 2025 | $30.00 |
| September 15, 2025 | $30.00 |
| October 14, 2025 | $30.00 |
| November 20, 2025 | $30.00 |
| December 26, 2025 | $30.00 |
| January 26, 2026 | $30.00 |

| Title Search Fees | Amount Due |
|---|---|
| November 24, 2025 | $350.00 |
| November 24, 2025 | $23.00 |

| Attorney Fees | Amount Due |
|---|---|
| November 3, 2025 | $1,530.00 |
| November 17, 2025 | $150.00 |
| November 17, 2025 | $28.80 |

| Late Charges | Amount Due |
|---|---|
| July 16, 2025 | $47.73 |
| August 18, 2025 | $47.73 |
| September 9, 2025 | -$76.28 |
| October 16, 2025 | $47.73 |
| November 17, 2025 | $47.73 |
| December 16, 2025 | $47.73 |
| January 16, 2026 | $47.73 |

| February 16, 2026 | $47.73 |
|---|---|

| **Total Payment Due** | $13,270.87 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $7,321.65.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $13,270.87 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Fay Servicing, LLC**
**Attention: Payments**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Citibank, N.A., as trustee for CMLTI Asset Trust, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Citibank, N.A., as trustee for CMLTI Asset Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other



agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
Citibank, N.A., as trustee for CMLTI Asset Trust

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58119



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0001 1146 37

**Mailed On:** 02/24/2026
**ClientID:**    DGandL000909

**Order Number:**        0002543-01    CR
**Reference Number:** 58119

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911

### NOTICE OF MORTGAGOR'S RIGHT TO CURE
### THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      246 Beech Ridge Road, York, ME 03909
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Citibank, N.A., as trustee for CMLTI Asset Trust and the Owner/Investor, Citibank, N.A., as trustee for CMLTI Asset Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Ocean National Bank its successors and assigns (if MERs) dated October 28, 1996, and recorded in the York County Registry of Deeds in Book 8056, Page 181. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| July 1, 2025 | $38.40 | $916.16 | $369.16 | $1,323.72 |
| August 1, 2025 | $38.67 | $915.89 | $369.16 | $1,323.72 |
| September 1, 2025 | $38.94 | $915.62 | $369.16 | $1,323.72 |
| October 1, 2025 | $39.21 | $915.35 | $369.16 | $1,323.72 |
| November 1, 2025 | $39.49 | $915.07 | $369.16 | $1,323.72 |
| December 1, 2025 | $39.76 | $914.80 | $369.16 | $1,323.72 |
| January 1, 2026 | $40.04 | $914.52 | $449.90 | $1,404.46 |
| February 1, 2026 | $40.32 | $914.24 | $449.90 | $1,404.46 |

| Property Inspections | Amount Due |
|---|---|
| August 12, 2025 | $30.00 |
| September 15, 2025 | $30.00 |
| October 14, 2025 | $30.00 |
| November 20, 2025 | $30.00 |
| December 26, 2025 | $30.00 |
| January 26, 2026 | $30.00 |

| Title Search Fees | Amount Due |
|---|---|
| November 24, 2025 | $350.00 |
| November 24, 2025 | $23.00 |

| Attorney Fees | Amount Due |
|---|---|
| November 3, 2025 | $1,530.00 |
| November 17, 2025 | $150.00 |
| November 17, 2025 | $28.80 |

| Late Charges | Amount Due |
|---|---|
| July 16, 2025 | $47.73 |
| August 18, 2025 | $47.73 |
| September 9, 2025 | -$76.28 |
| October 16, 2025 | $47.73 |
| November 17, 2025 | $47.73 |
| December 16, 2025 | $47.73 |
| January 16, 2026 | $47.73 |

| | |
|---|---|
| February 16, 2026 | $47.73 |

| | |
|---|---|
| **Total Payment Due** | $13,270.87 |

A portion of the amount due is reasonable interest in the amount of $7,321.65.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $13,270.87 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Fay Servicing, LLC**
**Attention: Payments**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Citibank, N.A., as trustee for CMLTI Asset Trust, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Citibank, N.A., as trustee for CMLTI Asset Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other



agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
Citibank, N.A., as trustee for CMLTI Asset Trust

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58119



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 1603 7

**Mailed On:** 02/24/2026              **Order Number:**      0002543-01    FC
**ClientID:**    DGandL000909          **Reference Number:** 58119

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911





# Doonan, Graves & Longoria LLC
### ATTORNEYS AT LAW | EXCELLENCE DAILY

| | |
|---|---|
| 100 CUMMINGS CENTER, SUITE 303C | 978.921.2670 \| WWW.DGANDL.COM |
| BEVERLY, MASSACHUSETTS 01915 | HRS: MON-FRI 9 AM-4 PM |

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:       246 Beech Ridge Road, York, ME 03909
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Citibank, N.A., as trustee for CMLTI Asset Trust and the Owner/Investor, Citibank, N.A., as trustee for CMLTI Asset Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Ocean National Bank its successors and assigns (if MERs) dated October 28, 1996, and recorded in the York County Registry of Deeds in Book 8056, Page 181. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| July 1, 2025 | $38.40 | $916.16 | $369.16 | $1,323.72 |
| August 1, 2025 | $38.67 | $915.89 | $369.16 | $1,323.72 |
| September 1, 2025 | $38.94 | $915.62 | $369.16 | $1,323.72 |
| October 1, 2025 | $39.21 | $915.35 | $369.16 | $1,323.72 |
| November 1, 2025 | $39.49 | $915.07 | $369.16 | $1,323.72 |
| December 1, 2025 | $39.76 | $914.80 | $369.16 | $1,323.72 |
| January 1, 2026 | $40.04 | $914.52 | $449.90 | $1,404.46 |
| February 1, 2026 | $40.32 | $914.24 | $449.90 | $1,404.46 |

| Property Inspections | Amount Due |
|---|---|
| August 12, 2025 | $30.00 |
| September 15, 2025 | $30.00 |
| October 14, 2025 | $30.00 |
| November 20, 2025 | $30.00 |
| December 26, 2025 | $30.00 |
| January 26, 2026 | $30.00 |

| Title Search Fees | Amount Due |
|---|---|
| November 24, 2025 | $350.00 |
| November 24, 2025 | $23.00 |

| Attorney Fees | Amount Due |
|---|---|
| November 3, 2025 | $1,530.00 |
| November 17, 2025 | $150.00 |
| November 17, 2025 | $28.80 |

| Late Charges | Amount Due |
|---|---|
| July 16, 2025 | $47.73 |
| August 18, 2025 | $47.73 |
| September 9, 2025 | -$76.28 |
| October 16, 2025 | $47.73 |
| November 17, 2025 | $47.73 |
| December 16, 2025 | $47.73 |
| January 16, 2026 | $47.73 |

| | |
|---|---|
| February 16, 2026 | $47.73 |

| | |
|---|---|
| **Total Payment Due** | $13,270.87 |

A portion of the amount due is reasonable interest in the amount of $7,321.65.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $13,270.87 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Fay Servicing, LLC**
**Attention: Payments**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Citibank, N.A., as trustee for CMLTI Asset Trust, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Citibank, N.A., as trustee for CMLTI Asset Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other



agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

### NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
Citibank, N.A., as trustee for CMLTI Asset Trust

by its attorney

Reneau J. Longoria, Esq.


CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58119



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2203 1602 0

**Mailed On:** 02/24/2026          **Order Number:**      0002543-01    FC
**ClientID:**    DGandL000909      **Reference Number:** 58119

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909





**Doonan, Graves & Longoria LLC**

ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

February 24, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Amy Elizabeth Mahoney
246 Beech Ridge Road
York, ME 03909

Amy Elizabeth Mahoney
PO Box 361
York Harbor, ME 03911

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:     246 Beech Ridge Road, York, ME 03909
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, Citibank, N.A., as trustee for CMLTI Asset Trust and the Owner/Investor, Citibank, N.A., as trustee for CMLTI Asset Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Ocean National Bank its successors and assigns (if MERs) dated October 28, 1996, and recorded in the York County Registry of Deeds in Book 8056, Page 181. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and



late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Escrow | Total Due |
|---|---|---|---|---|
| July 1, 2025 | $38.40 | $916.16 | $369.16 | $1,323.72 |
| August 1, 2025 | $38.67 | $915.89 | $369.16 | $1,323.72 |
| September 1, 2025 | $38.94 | $915.62 | $369.16 | $1,323.72 |
| October 1, 2025 | $39.21 | $915.35 | $369.16 | $1,323.72 |
| November 1, 2025 | $39.49 | $915.07 | $369.16 | $1,323.72 |
| December 1, 2025 | $39.76 | $914.80 | $369.16 | $1,323.72 |
| January 1, 2026 | $40.04 | $914.52 | $449.90 | $1,404.46 |
| February 1, 2026 | $40.32 | $914.24 | $449.90 | $1,404.46 |

| Property Inspections | Amount Due |
|---|---|
| August 12, 2025 | $30.00 |
| September 15, 2025 | $30.00 |
| October 14, 2025 | $30.00 |
| November 20, 2025 | $30.00 |
| December 26, 2025 | $30.00 |
| January 26, 2026 | $30.00 |

| Title Search Fees | Amount Due |
|---|---|
| November 24, 2025 | $350.00 |
| November 24, 2025 | $23.00 |

| Attorney Fees | Amount Due |
|---|---|
| November 3, 2025 | $1,530.00 |
| November 17, 2025 | $150.00 |
| November 17, 2025 | $28.80 |

| Late Charges | Amount Due |
|---|---|
| July 16, 2025 | $47.73 |
| August 18, 2025 | $47.73 |
| September 9, 2025 | -$76.28 |
| October 16, 2025 | $47.73 |
| November 17, 2025 | $47.73 |
| December 16, 2025 | $47.73 |
| January 16, 2026 | $47.73 |

| February 16, 2026 | $47.73 |

| Total Payment Due | $13,270.87 |

A portion of the amount due is reasonable interest in the amount of $7,321.65.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $13,270.87 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Fay Servicing, LLC**
**Attention: Payments**
**1601 LBJ Freeway, Suite 150**
**Farmers Branch, TX 75234**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (800) 495-7166 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Citibank, N.A., as trustee for CMLTI Asset Trust, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Citibank, N.A., as trustee for CMLTI Asset Trust is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other



agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166

### NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
Citibank, N.A., as trustee for CMLTI Asset Trust

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

58119



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
| --- | --- | --- | --- |
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
| --- | --- | --- | --- |
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | Phone: 207-553-7777<br>Web: **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | Phone: 800-873-2227<br>Web: | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | Phone: 800-308-2227<br>Web: **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | Phone: 800-542-8227<br>Web: **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Tuesday, February 24, 2026 11:54:26 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Citibank, N.A., as trustee for CMLTI Asset Trust
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166


-----
Consumer Information
-----

Consumer First name:Amy
Consumer Middle Initial/Middle Name: Elizabeth
Consumer Last name:Mahoney
Consumer Suffix:
Property Address line 1:246 Beech Ridge Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:York
Property Address State:
Property Address zip code:03909
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:2/24/2026
Amount needed to cure default:13270.87
Consumer Address line 1:246 Beech Ridge Road
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:York
Consumer Address State:ME
Consumer Address zip code:03909
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Tuesday, February 24, 2026 11:54:42 AM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Citibank, N.A., as trustee for CMLTI Asset Trust
What term best describes the owner of the mortgage?:Private mortgage lender
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(800) 495-7166


-----
Consumer Information
-----

Consumer First name:Amy
Consumer Middle Initial/Middle Name: Elizabeth
Consumer Last name:Mahoney
Consumer Suffix:
Property Address line 1:246 Beech Ridge Road
Property Address line 2:
Property Address line 3:
Property Address City/Town:York
Property Address State:
Property Address zip code:03909
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:2/24/2026
Amount needed to cure default:13270.87
Consumer Address line 1:PO Box 361
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:York Harbor
Consumer Address State:ME
Consumer Address zip code:03911
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**UNITED STATES POSTAL SERVICE ®**

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 2 | 2 | *Postmark with Date of Receipt.* |

Postmaster, per *(name of receiving employee)*

US POSTAGE PITNEY BOWES
ZIP 92123  $001.40⁰
02 7W
0008035634 FEB 24 2026

| USPS® Tracking Number<br>Firm-specific Identifier | | Address<br>(Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|---|
| 1. (11)9700000220316020<br>58119 | 0002543-01<br>DGandL000909 | Amy Elizabeth Mahoney<br>246 Beech Ridge Road York, ME 03909 | 1.030 | 0.700 | | |
| 2. (11)9700000220316037<br>58119 | 0002543-01<br>DGandL000909 | Amy Elizabeth Mahoney<br>PO Box 361 York Harbor, ME 03911 | 1.030 | 0.700 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

SERRA MESA STATION
FEB 24 2026
SAN DIEGO, CA 92123-9998

PS Form **3665,** January 2017 (Page 1 of 1) PSN 7530-17-000-5549